IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOYCE WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 4:10-CV-00106 RWS |
| | ) |
| REGENT ASSET MANAGEMENT SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Regent Asset Management Solutions, Inc., hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

None.

2. Subsidiaries not wholly owned by the corporation:

None.

3. Any publicly held company that owns ten percent (10%) of more of the corporation:

None.

OM 60191.1

SPENCER FANE BRITT & BROWNE LLP

By: s/ Patrick T. McLaughlin
Patrick T. McLaughlin, #93767
1 North Brentwood Boulevard, Suite 1000
St. Louis, MO 63105-3925
(314) 863-7733
(314) 862-4656(FAX)
pmclaughlin@spencerfane.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System on this 17th day of February, 2010, to be served by operation of the Court's electronic filing system upon the following:

Robert T. Healey, Jr.
Swaney Law Firm
3460 Hampton Avenue, Suite 205
St. Louis, MO 63139
rhealey@swaneylawfirm.com

s/ Patrick T. McLaughlin

OM 60191.1