UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOYCE WILSON | ) | |
|     PLAINTIFF, | ) | CIVIL ACTION NO.: |
| | ) | |
| VS. | ) | |
| | ) | |
| REGENT ASSET MANAGEMENT SOLUTIONS, INC. | ) | 4:10-cv-106 |
| | ) | |
|     DEFENDANT | ) | |

### PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff Joyce Wilson and for her Notice of Settlement states:

1. On March 11, 2010, the parties agreed to a settlement in the above-captioned matter.

2. Plaintiff anticipates that the necessary Releases and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before March 25, 2010.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and allowing the parties an extension up to and including March 25, 2010 in which to file a Notice of Dismissal after the Settlement is affected, and for any other relief this Court deems just and proper.

| | |
|---|---|
| <u>03/11/2010</u><br>**Dated** | **THE SWANEY LAW FIRM**<br><br><u>/s/ Robert T. Healey</u><br>Robert T. Healey<br>EDMO # 3356; MO Bar #34138<br>Attorney at Law<br>3460 Hampton, Suite 205<br>St. Louis, MO 63139<br>rhealey@swaneylawfirm.com<br>telephone: (314) 481-7778<br>fax:  (314) 481-8479 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has filed a true and accurate copy of the Motion to Pass for Settlement with the Court's ECF filing system this 11th day of March 2010.

<u>/s/ Robert T. Healey</u>